**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

_____

**SAMANTHA JAMES on behalf of himself
or herself and all other similarly
situated consumers**

                                    **Plaintiff(s),**

-against-

**LAKESIDE RECEIVABLES LLC**

                                    **Defendant.**

_____

**FILED
CLERK**
3/2/2021 10:07 am
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**Case# 2:21-cv-00162 (JMA)(ST)**

**NOTICE OF VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

Dated: Nassau, New York
       March 1, 2021

Case closed.

So Ordered:

/s/ Joan M. Azrack, USDJ

_____

Dated:  3/2/2021

/S Jacob Silver

_____

**Jacob Silver**
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com